# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ISAIAH DORSEY<br><br>　　　　　Defendant. | CASE NO.   4:21CR3069<br><br><br>WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)　The defendant affirms receiving a copy of the second superseding indictment;

(2)　The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)　The defendant pleads not guilty to all counts of the second superseding indictment.

_/s/ Isaiah Dorsey_____　　　_7-21-22_____
Defendant　　　　　　　　　　　　　　Date

_/s/_____　　　_21 July 2022_____
Attorney for Defendant　　　　　　　　Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 22nd day of July, 2022.

BY THE COURT:

_/s/ Cheryl R. Zwart_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT