IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAIAH DORSEY and KRYSEAN REYNOLDS,<br><br>Defendants. | 4:21-CR-3069<br><br>ORDER |

IT IS ORDERED:

1. The parties' stipulations (filing 94; filing 97) are approved.

2. Defendant Isaiah Dorsey is ordered to pay $5,490 in restitution.

3. Defendant Krysean Reynolds is ordered to pay $5,490 in restitution.

4. Amended judgments will be entered.

Dated this 18th day of October, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge