IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3069 |
| vs. | ORDER |
| ISAIAH DORSEY, | |
| Defendant. | |

The defendant has filed a motion to appoint counsel (filing 106) to assist him in seeking a sentence reduction pursuant to U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825.

However, the defendant is not eligible for a reduction pursuant to that amendment. Although the defendant received two "status points" pursuant to U.S.S.G. § 4A1.1(d), *see* filing 87 at 32, reducing his criminal history score from 5 to 3 and his criminal history category from III to II would leave his guidelines sentencing range unchanged, because the guidelines range for an offense level 42 is 360 months to life, regardless of the criminal history category. *See* filing 105; *see also* U.S.S.G. ch. 5, pt. A. Accordingly,

IT IS ORDERED that the defendant's motion to appoint counsel (filing 106) is denied.

Dated this 20th day of January, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge